UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR  5:25-CR-50181 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Assaulting, Resisting, and Impeding a Federal Officer (18 U.S.C. § 111(a)) |
| FRANKLIN LONG BLACK CAT, | |
| Defendant. | Threatening a Federal Officer (18 U.S.C. §§ 115(a)(1)(B) and 115(b)(4)) |

The Grand Jury Charges:

COUNT I

On or about November 19, 2025, in the District of South Dakota, the defendant, Franklin Long Black Cat, did forcibly assault, resist, oppose, impede, intimidate, and interfere with Deputy United States Marshal Andrew Bickel, and such act involved physical contact with Andrew Bickel, while Andrew Bickel was employed as a Deputy United States Marshal law-enforcement officer by the United States Marshals Service, and while Andrew Bickel was engaged in the performance of his official duties, and where such acts involved physical contact with the officer, all in violation of 18 U.S.C. § 111(a).

COUNT II

On or about November 19, 2025, in the District of South Dakota, the defendant, Franklin Long Black Cat, did threaten to murder Deputy United States Marshal Jamin Hartland while Deputy Hartland was employed as a

Deputy United States Marshal law-enforcement officer by the United States Marshals Service, with intent to impede, intimidate, and interfere with Deputy Hartland while Deputy Hartland was engaged in the performance of his official duties, all in violation of 18 U.S.C. §§ 115(a)(1)(B) and 115(b)(4).

## COUNT III

On or about November 19, 2025, in the District of South Dakota, the defendant, Franklin Long Black Cat, did threaten to murder Deputy United States Marshal Jeff Donovan while Deputy Donovan was employed as a Deputy United States Marshal law-enforcement officer by the United States Marshals Service, with intent to impede, intimidate, and interfere with Deputy Donovan while Deputy Donovan was engaged in the performance of his official duties, all in violation of 18 U.S.C. §§ 115(a)(1)(B) and 115(b)(4).

A TRUE BILL

**Name Redacted**

_____
Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By _____